UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GRAFF CONTRACTING, LCC, <br><br> Defendant. | CASE NO. C17-0779-JCC <br><br> JUDGMENT |

This matter comes before the Court on Plaintiffs' motion for a default judgment against Defendant Graff Contracting, LLC (Dkt. No. 10). Defendant has failed to appear and defend itself and has been found to be in default. (Dkt. No. 7). Having thoroughly considered Plaintiffs' motion and the relevant records, and pursuant to Federal Rule of Civil Procedure 55(b)(2), it is hereby ORDERED that:

Plaintiffs are awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance

1 of the Declarations of Trust for the employment period March 2017 through August 2017: for
2 contributions of $22,979.09, for Union dues of $1,156.47, for liquidated damages of $3,269.61,
3 for pre-judgment interest of $651.82, for attorney fees of $601.50, and for costs of $577.39; all
4 for a total of $29,235.88.

    DATED this 2nd day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

JUDGMENT
PAGE - 2